**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSEPH BARBARO,

        Plaintiff,

v.                                                      Case No: 6:17-cv-1540-Orl-40GJK

THE CAR STORE OF WEST ORANGE,
INC. and TODD PAQUETTE,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion for Review and Approval of Settlement (Doc. 21) filed on February 6, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Notice of No Objection to Report and Recommendation (Doc. 23) was filed on February 8, 2018, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 8, 2018 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Review and Approval of Settlement (Doc. 21) is **GRANTED**.

3. The Court **FINDS** the settlement to be fair and reasonable under the FSLA.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 9, 2018.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties